UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ25-719 |
| v. | **DETENTION ORDER** |
| EUDORA MECKLENBURG, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the District of Montana with conspiracy to distribute controlled substances and possession of controlled substances with intent to distribute. The charges carry a rebuttable presumption that Defendant is both a flight risk and a danger to the community. The Court finds Defendant has failed to overcome this presumption. Defendant has a lengthy criminal history with adult convictions going back 15 years. The nature and circumstances support detention. Defendant is not charged with committing a one-time act. Rather the government contends she engaged in multiple interstate drug trafficking activities. She is charged with

DETENTION ORDER - 1

trafficking significant amounts of drugs and if convicted as charged faces a mandatory minimum term of ten years of imprisonment. Defendant's criminal history indicates she has long suffered from serious drug addiction. She admits as much by requesting release to treatment. However, the proposed treatment plan in terms of sufficient length of treatment and sufficient followup are uncertain. Defendant also has several active warrants for her arrest.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of November, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2